```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SHENZHEN RISHENG YUEHENG E-          :
COMMERCE CO., LTD.,                  :
                                     :    1:25-cv-7547-GHW
                    Plaintiff,       :
                                     :           ORDER
              -v-                    :
                                     :
VESYNC (US) CORPORATION,             :
                                     :
                    Defendant.       :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Due to the lapse of federal funding for certain functions of the United States of America, Chief Judge Laura T. Swain has issued an order limiting the operations of the courthouses within the Southern District of New York each Friday until further notice. *See* Order M10-468, dated November 10, 2025. As a result, the conference currently scheduled for November 14, 2025 is adjourned to Tuesday, December 4, 2025 at 2:00 p.m.

SO ORDERED.

Dated: November 10, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge