```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                              :

SHENZHEN RISHENG YUEHENG E-       :
COMMERCE CO., LTD.,                 :

                      Plaintiff,   :

                              :

                -v-            :

VESYNC (US) CORPORATION,      :

                              :

                  Defendant.  :

                              X
------------------------------------------------------------

1:25-cv-7547-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

        On November 20, 2025, the Court held a conference on Plaintiff's request for a hearing and for discovery in connection with Defendant's motion for a preliminary injunction.  Dkt. No. 31.  As described on the record, the Court grants Plaintiff's request.  The Court orders Defendant to identify to Plaintiff the identity of any individual that it plans to present evidence from in connection with its motion other than the two declarants identified in its motion papers no later than November 26, 2025.  The Court will not consider evidence from any such individual not identified to Plaintiff by that date.  The Court further orders that Plaintiff complete depositions of any such individual and the two declarants Plaintiff identified in its motion papers by December 15, 2025.  The Court orders the parties to serve written discovery requests limited in the manner described on the record no later than November 24, 2025 and orders counsel to confer on an appropriate schedule for productions in response to those requests.

        Any opposition to Defendant's motion must be filed no latter than January 5, 2026.  Defendant's reply, if any, is due no later than January 12, 2026.  The Court will hold a hearing on the motion for a preliminary injunction on January 27, 2026, at 10:00 a.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S.

Courthouse at 500 Pearl Street, New York, New York, 10007.

During the conference, the Court also discussed Plaintiff's request for leave to file a motion to dismiss Defendant's counterclaims. The Court understands that Defendant seeks to amend its pleading pursuant to Federal Rule of Civil Procedure 15(a)(2). The Court orders Defendant to provide Plaintiff with a proposed amended pleading and a blackline against its original pleading, Dkt. No. 19, no later than November 25, 2025 at 9:00 a.m. The parties must file a joint letter regarding their positions on Defendant's proposed amended complaint no later than November 26, 2025. That filing should include the proposed amended complaint, if any, and the above-described blackline in accordance with the Court's Individual Rules of Practice in Civil cases. Accordingly, the Court will not take any action on Plaintiff's request for leave to file a motion to dismiss at this time. However, should Defendant not amend by November 26, 2025, the Court will proceed to set a briefing schedule for Plaintiff's proposed motion to dismiss the counterclaims filed at Dkt. No. 19. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 31.

SO ORDERED.

Dated:  November 20, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge