USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SHENZHEN RISHENG YUEHENG E-COMMERCE CO., LTD.,

Plaintiff,

-v -

VESYNC (US) CORP.,

Defendant.

---------------------------------------------------------------X

1:25-cv-7547-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On February 13, 2026, the Court issued an order conditionally discontinuing this action. Pursuant to the terms of that order, the plaintiff was provided the option to apply for restoration of the action to the active calendar of the Court by the date that was 60 days following the issuance of the order. In accordance with the terms of that order, if the plaintiff failed to apply for restoration of the case by that date, the case would be automatically dismissed with prejudice. The Court twice extended the deadline by its April 9, 2026 and June 10, 2026 Orders. Dkt. Nos. 87, 89.

By letter dated August 12, 2026, the parties have requested that the Court extend the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal.[1] That application is GRANTED.

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

Accordingly, the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal, is extended to August 26, 2026.

SO ORDERED.

Dated: August 12, 2026

GREGORY H. WOODS
United States District Judge